**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Gunderson

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1918 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| ADAM GRANT GUNDERSON, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: June 25, 2008         */s/  Norma Aguilar*
                             **NORMA AGUILAR**
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Mr. Gunderson
                             Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

      Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated: June 25, 2008             /s/ Norma Aguilar
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Email: Norma_Aguilar@fd.org